UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YONA SOSA, *on behalf of himself and all other persons similarly situated*,<br><br>               Plaintiff,<br><br>     v.<br><br>USA MEDICAL AND SURGICAL SUPPLIES, LLC,<br><br>               Defendant. | Case No. 1:20-cv-04782-JPO-GWG |

### **DEFENDANT USA MEDICAL AND SURGICAL SUPPLIES LLC'S NOTICE OF MOTION TO DISMISS THE COMPLAINT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendant USA Medical and Surgical Supplies LLC's Motion to Dismiss, dated September 1, 2020, Defendant USA Medical moves this Court, before the honorable Judge J. Paul Oetken, at the United States Courthouse, 500 Pearl St., New York, NY for an Order dismissing the Complaint with prejudice and such further relief as the Court deems just and proper in the above-captioned case, pursuant to Rule 12(b)(1) and/or 12(b)(6) of the Federal Rules of Civil Procedure.

Dated:  September 1, 2020  Respectfully submitted,

               **DOWD BENNETT LLP**

               By: */s/ Sheena R. Hamilton*
                 Sheena R. Hamilton
                 Philip A. Cantwell
                 Arin H. Smith
                 7733 Forsyth Blvd., Suite 1900
                 St. Louis, Missouri 63105
                 (314) 889-7300 (telephone)
                 (314) 863-2111 (facsimile)
                 shamilton@dowdbennett.com
                 pcantwell@dowdbennett.com
                 asmith@dowdbennett.com

               Attorneys for USA Medical and Surgical Supplies LLC

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2020, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

    Jeffrey M. Gottlieb
    Dana L. Gottlieb
    **GOTTLIEB & ASSOCIATES**
    150 East 18th Street, Suite PHR
    New York, New York 10003
    (212) 228.9795 (telephone)
    (212) 982.6284 (facsimile)
    nyjg@aol.com
    danalgottlieb@aol.com

    Attorneys for Plaintiff Yona Sosa

                                                   */s/ Sheena R. Hamilton*