**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

September 20, 2020

**VIA ECF**

The Honorable Judge J. Paul Oetken
United States District Court Judge
United States District Court Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

                Re:    *Sosa v. USA Medical and Surgical Supplies LLC,*
                         Case No.: 1:20-cv-04782-JPO

Dear Judge Oetken,

       The undersigned represents Yony Sosa, on behalf of himself and all other persons similarly situated ("Plaintiff") and respectfully seeks leave to file a Second Amended Complaint in the above referenced action against against USA Medical and Surgical Supplies LLC, ("Defendant").

       By way of background, the Plaintiff's original Complaint was filed on June 22, 2020 (Dkt. 1) and contained a typographical error in the spelling of the Plaintiff's name in the caption. A First Amended Complaint was filed on June 24, 2020 (Dkt. 5) pursuant to FRCP 15(a)(1)(A) to correct the typographical error.

       This Letter Motion seeks leave to file a Second Amended Complaint, pursuant to FRCP 15(a)(2) - "[t]he Court should freely grant leave when justice requires." Furthermore, the filing of a Second Amended Complaint would not prejudice or disadvantage the Defendant in this action. Defendant filed a Motion to Dismiss on September 1, 2020, (Dkt. 21) under FRCP 12(b)(1) and 12(b)(6), and a Second Amended Complaint will be timely filed and address the alleged deficiencies raised by the Defendant's Motion to Dismiss.[1]

       Pursuant to your Honor's Individual Rule (D)(ii) of Practice in Court Cases - "[i]f a motion to dismiss is filed, the plaintiff has the right to amend its pleading within 21 days pursuant to Fed. R. Civ. P. 15(a)(1)(B).

---

[1] Proposed Second Amended Complaint attached hereto.

Therefore, pursuant to FRCP 15(a)(2) and Your Honor's Individual Rule (D)(ii), the Plaintiff requests your Honor grant leave for the Plaintiff to file a Second Amended Complaint which is timely.

Thank you for your attention to this matter. Should the Court have any questions, please do not hesitate to contact the undersigned attorney.

Respectfully submitted,

**GOTTLIEB & ASSOCIATES**

<u>s/Jeffrey M. Gottlieb, Esq.</u>
Jeffrey M. Gottlieb (JG-7905)
Dana L. Gottlieb (DG-6151)
GOTTLIEB & ASSOCIATES
150 East 18th Street, Suite PHR
New York, New York 10003
Tel: 212.228.9795
Fax: 212.982.6284
Jeffrey@gottlieb.legal
danalgottlieb@aol.com
*Attorneys for Plaintiffs*

cc: All counsel of record via ECF

SO ORDERED:

_____
United States District Court Judge